JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>Kerry M. Boagni,<br><br>         Defendant | No. CV 12-10735<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Kerry M. Boagni, in the principal amount of $2,682.62 plus interest accrued to November 21, 2012, in the sum of $5,316.44; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$7,999.06**.

DATED: 12/28/2012                    By: __TERRY NAFISI__
                                          Clerk of the Court

                                         __/s/ Jenny Lam__
                                          Deputy Clerk
                                          United States District Court